THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Travis Ervin,       
Appellant.
 
 
 

Appeal From Spartanburg County
Gary E. Clary, Circuit Court Judge

Unpublished Opinion No. 2003-UP-315
Submitted February 20, 2003  Filed May 6, 2003 

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of the 
 South Carolina Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Travis Ervin (Appellant) was 
 convicted of armed robbery and sentenced to twenty years in prison.  On appeal, 
 counsel for Appellant has filed a final brief along with a petition to be relieved 
 as counsel.  Appellant has not filed a pro se response.  After 
 a thorough review of the record pursuant to Anders v. California, 386 
 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 
 (1991), we dismiss the appeal and grant counsels petition to be relieved.          
     
APPEAL DISMISSED. [1] 
HEARN, C.J., CURETON and GOOLSBY, JJ., concur. 

 
 
 [1]   We decide this case without oral argument pursuant to Rule 215, 
 SCACR.